IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA CAMARILLO, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-200 |
| | § | JURY TRIAL DEMANDED |
| LOWE'S HOME CENTERS, INC. and | § | |
| LOWE'S HOME CENTERS, LLC | § | |
| *Defendants*. | § | |

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA CAMARILLO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-200 |
| | § | JURY TRIAL DEMANDED |
| LOWE'S HOME CENTERS, INC. and | § | |
| LOWE'S HOME CENTERS, LLC | § | |
| *Defendants.* | § | |

## DEFENDANT LOWE'S HOME CENTERS, LLC'S INDEX OF MATTERS BEING FILED

Pursuant to Local Rule CV-81, Defendant LOWE'S HOME CENTERS, LLC hereby attaches this Index of Matters Being Filed to its Notice of Removal.

Exhibit 1:   All Executed Process

- Executed Service of Process on Lowe's Home Centers, LLC on November 2, 2020
- Executed Service of Process on Lowe's Home Centers, Inc. on November 2, 2020

Exhibit 2:   All State Court Pleadings

- Plaintiff's Original Petition filed October 27, 2020
- Defendant Lowe's Home Centers, LLC's Original Answer with Jury Demand Filed on November 23, 2020

Exhibit 3:   State Court Docket Sheet

Exhibit 4:   List of all counsel of record, including addresses, telephone numbers and parties represented

# EXHIBIT 1

FILED 11/5/2020 9:27 AM
2020-DCL-05234 / 47831093
ELVIRA S. ORTIZ
Cameron County District Clerk
By Claudia Palacios Deputy Clerk

| CITATION – PERSONAL SERVICE – TRCP 99 |
| --- |

# THE STATE OF TEXAS

## 2020-DCL-05234-H

| | | |
|---|---|---|
| Rosa Camarillo | § | IN THE  444TH DISTRICT COURT |
| VS | § | OF |
| Lowe's Home Centers, Inc. | § | CAMERON COUNTY, TEXAS |

TO   **Lowe's Home Centers, Inc.**
**May Be Served By Serving Its Registered Agent:**
**Corporation Service Company d/b/a CSC -Lawyers Incorporating Service Company**
**211 E 7th Street Suite 620**
**Austin TX  78701**

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**  *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition And Request For Disclosure** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 444th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition And Request For Disclosure** was filed in said court on **October 27, 2020**, in the above entitled cause.

2020-DCL-05234-H                       Rosa Camarillo vs. Lowe's Home Centers, Inc.,
                                               Lowe's Home Centers, LLC

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition And Request For Disclosure** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 29th day of October, 2020.

ATTORNEY:
**Myles Anthony Lenz**
**24092685**
**214-389-7333**
**1111 West Mockingbird Lane**
**Suite 1160**
**Dallas TX  75247**

**Elvira S. Ortiz**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520
Signed: 10/29/2020 1:31:51 PM

By: _____
**Sofia Herrera**, Deputy Clerk

| 2020-DCL-05234-H<br>444th District Court | Rosa Camarillo vs. Lowe's Home Centers, Inc., Lowe's<br>Home Centers, LLC |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of _____, 20_____.

NAME/ADDRESS FOR SERVICE _____ . _____Officer
_____
_____County, TX
_____
_____
_____ By:_____Deputy

······································································································

## OFFICERS RETURN

Came to hand on the _____ day of _____, at _____o'clock ____m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
| | | |

And not executed as to the defendant(s),_____
The diligence used in finding said defendant(s) being:
_____
and the cause or failure to execute this process is:_____
_____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES:
SERVING PETITION/COPY $_____       _____Officer
TOTAL:                    $_____       _____County, TX

By:_____Deputy

_____
AFFIANT

······································································································

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is _____.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____
ID Number/Expiration of Certification        _____
Declarant/Authorized Process Server

## AFFIDAVIT OF SERVICE

State of Texas                    County of Cameron                    44th District Court

Case Number: 2020-DCL-05234-H

Plaintiff:
**ROSA CAMARILLO**

vs.

Defendant:
**LOWE'S HOME CENTERS, INC. and**
**LOWE'S HOME CENTERS, LLC**

For:
Myles Lenz
1111 W. Mockingbird Ln
Suite 1160
Dallas, TX 75247

Received by On Time Couriers/Process on the 2nd day of November, 2020 at 11:56 am to be served on **Lowe's Home Centers, Inc. b/s r/a Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **2nd day of November, 2020** at **3:00 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation, Copy of Plaintiffs Original Petition with Request for Disclosure** with the date of service endorsed thereon by me, to: **Samantha Guerra, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company as Authorized Agent** at the address of: **211 E. 7th Street, Suite 620, Austin, TX 78701** on behalf of **Lowe's Home Centers, Inc.,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'6, Weight: 170, Hair: Black, Glasses: Y

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 2nd day of November, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

**Mike Techow**
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2020005315
Ref: Camarillo

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

FILED 11/5/2020 9:27 AM
2020-DCL-05234 / 47831093
ELVIRA S. ORTIZ
Cameron County District Clerk
By Claudia Palacios Deputy Clerk

| CITATION – PERSONAL SERVICE – TRCP 99 |
|---|

# THE STATE OF TEXAS

## 2020-DCL-05234-H

| Rosa Camarillo | § | IN THE  444TH DISTRICT COURT |
| VS | § | OF |
| Lowe's Home Centers, Inc. | § | CAMERON COUNTY, TEXAS |

TO      **Lowe's Home Centers, LLC**
           **May Be Served By Serving Its Registered Agent Corporation**
           **Service Company d/b/a CSC-Lawyers Incorporating Service Company**
           **211 E 7th Street Suite 620**
           **Austin TX  78701**

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**   *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition And Request For Disclosure** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 444th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition And Request For Disclosure** was filed in said court on **October 27, 2020**, in the above entitled cause.

2020-DCL-05234-H                                        Rosa Camarillo vs. Lowe's Home Centers,
                                                                       Inc.,Lowe's Home Centers, LLC

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition And Request For Disclosure** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 29th day of October, 2020.

ATTORNEY:                                                  **Elvira S. Ortiz**
**Myles Anthony Lenz**                              District Clerk of Cameron County
**24092685**                                                974 E Harrison St.
**214-389-7333**                                          Brownsville, Texas 78520
**1111 West Mockingbird Lane**
**Suite 1160**                                              Signed: 10/29/2020 1:33:32 PM
**Dallas TX  75247**                                     By: _____
                                                                    **Sofia Herrera**, Deputy Clerk

| 2020-DCL-05234-H<br>444th District Court | Rosa Camarillo vs. Lowe's Home Centers, Inc., Lowe's Home Centers, LLC |
|---|---|

## RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

NAME/ADDRESS FOR SERVICE ~~AFFIDAVIT~~ _____Officer
_____ ~~ATTACHED~~ _____County, TX
_____
_____
_____ By:_____Deputy

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OFFICERS RETURN

Came to hand on the _____ day of _____, at _____o'clock ____m and _____ County, Texas,
by delivering to each of the within named defendants in person, a true copy of this _____ with
the date of delivery endorsed thereon, together with the accompanying copy of the _____ at
the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____
The diligence used in finding said defendant(s) being: ~~AFFIDAVIT~~
_____
and the cause or failure to execute this process is: ~~ATTACHED~~
_____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES:
SERVING PETITION/COPY $_____ _____Officer
TOTAL:                 $_____ _____County, TX
                                By:_____Deputy

                                _____
                                AFFIANT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107:  The officer or authorized person who serves, or attempts to serve, a citation shall sign the
return.  The signature is not required to be verified.  If the return is signed by a person other than a sheriff, constable or
the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is
_____
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____
ID Number/Expiration of Certification      Declarant/Authorized Process Server

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Cameron** | **44th District Court** |

Case Number: 2020-DCL-05234-H

Plaintiff:
**ROSA CAMARILLO**

vs.

Defendant:
**LOWE'S HOME CENTERS, INC. and
LOWE'S HOME CENTERS, LLC**

For:
Myles Lenz
1111 W. Mockingbird Ln
Suite 1160
Dallas, TX 75247

Received by On Time Couriers/Process on the 2nd day of November, 2020 at 11:53 am to be served on **Lowe's Home Centers, Llc b/s r/a Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701.**

I, Mike Techow, being duly sworn, depose and say that on the **2nd day of November, 2020** at **3:00 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Citation, Copy of Plaintiffs Original Petition with Request for Disclosure** with the date of service endorsed thereon by me, to: **Samantha Guerra, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company as Authorized Agent** at the address of: **211 E. 7th Street, Suite 620, Austin, TX 78701** on behalf of **Lowe's Home Centers, Llc**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'6, Weight: 170, Hair: Black, Glasses: Y

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 2nd day
of November, 2020 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

_____
Mike Techow
PSC-1215, Exp. 7/31/2022

**On Time Couriers/Process**
**1700 Pacific Avenue**
**Ste 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2020005314
Ref: Camarillo

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

# EXHIBIT 2



**null / ALL**
**Transmittal Number: 22248209**
**Date Processed: 11/03/2020**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| **Entity Served:** | Lowe's Home Centers, Inc. |
| **Title of Action:** | Rosa Camarillo vs. Lowe's Home Centers, Inc. |
| **Matter Name/ID:** | Rosa Camarillo vs. Lowe's Home Centers, Inc. (10631676) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cameron County District Court, TX |
| **Case/Reference No:** | 2020-DCL-05234 |
| **Jurisdiction Served:** | Texas |
| **Date Served on CSC:** | 11/02/2020 |
| **Answer or Appearance Due:** | 10:00 am Monday next following the expiration of 20 days after service |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Myles A. Lenz<br>214-389-7333 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

---

CITATION – PERSONAL SERVICE – TRCP 99

---

# THE STATE OF TEXAS

DELIVERED
11 / 2 /2020
By _____
Austin Process, LLC

## 2020-DCL-05234-H

| | | |
|---|---|---|
| Rosa Camarillo | § | IN THE  444TH DISTRICT COURT |
| VS | § | OF |
| Lowe's Home Centers, Inc. | § | CAMERON COUNTY, TEXAS |

TO  **Lowe's Home Centers, Inc.**
**May Be Served By Serving Its Registered Agent:**
**Corporation Service Company d/b/a CSC -Lawyers Incorporating Service Company**
**211 E 7th Street Suite 620**
**Austin TX  78701**

**NOTICE TO DEFENDANT:  "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**  *TRCP. 99*

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition And Request For Disclosure** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 444th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition And Request For Disclosure** was filed in said court on **October 27, 2020**, in the above entitled cause.

2020-DCL-05234-H                            Rosa Camarillo vs. Lowe's Home Centers, Inc.,
                                            Lowe's Home Centers, LLC

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition And Request For Disclosure** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 29th day of October, 2020.

ATTORNEY:
**Myles Anthony Lenz**
**24092685**
**214-389-7333**
**1111 West Mockingbird Lane**
**Suite 1160**
**Dallas TX  75247**

**Elvira S. Ortiz**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520
Signed:10/29/2020 1:31:51 PM

By: _____
**Sofia Herrera**, Deputy Clerk

| 2020-DCL-05234-H<br>444th District Court | Rosa Camarillo vs. Lowe's Home Centers, Inc., Lowe's<br>Home Centers, LLC |
| --- | --- |

## RETURN OF SERVICE

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

NAME/ADDRESS FOR SERVICE

_____
_____
_____
_____

_____Officer
_____County, TX

By:_____Deputy

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## OFFICERS RETURN

Came to hand on the _____ day of _____, at _____ o'clock ____m and _____ County, Texas,
by delivering to each of the within named defendants in person, a true copy of this _____ with
the date of delivery endorsed thereon, together with the accompanying copy of the _____ at
the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
| --- | --- | --- |
|  |  |  |
|  |  |  |

And not executed as to the defendant(s),_____
The diligence used in finding said defendant(s) being:

_____
and the cause or failure to execute this process is:

_____
and the information received as to the whereabouts of said defendant(s) being:

_____

FEES:
SERVING PETITION/COPY $_____
TOTAL:                    $_____

_____Officer
_____County, TX

By:_____Deputy

_____
                    AFFIANT

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the
return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or
the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is
_____
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____
ID Number/Expiration of Certification

_____
Declarant/Authorized Process Server

FILED - 10/27/2020 3:37 PM
2020-DCL-05234 / 47571645
ELVIRA S. ORTIZ
Cameron County District Clerk
By Sofia Herrera Deputy Clerk

CAUSE NO. 2020-DCL-05234

| | | |
|---|---|---|
| ROSA CAMARILLO | § | IN THE DISTRICT COURT |
| | § | Cameron County - 444th District Court |
| *Plaintiff,* | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| LOWE'S HOME CENTERS, INC. and | § | |
| LOWE'S HOME CENTERS, LLC | § | |
| | § | |
| *Defendants.* | § | CAMERON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Rosa Camarillo files her Original Petition complaining of Defendants Lowe's Home Centers Inc. and Lowe's Home Centers, LLC (collectively as "Defendants") and respectfully shows the Court the following in support:

### I.
### DISCOVERY CONTROL PLAN

1.    Plaintiff intends to pursue this as a Level 3 of Rule 190.4 of the *Texas Rules of Civil Procedure*.

2.    As required by Rule 47(c) of the *Texas Rules of Civil Procedure*, Plaintiff's counsel states that Plaintiff seeks monetary relief, the maximum of which is over $250,000.00, but not more than $1,000,000.00. Plaintiff demands judgment for all the other relief to which she is deemed entitled. The amount of monetary relief actually awarded, however, will ultimately be determined by a jury. Plaintiff also seeks pre-judgment and post-judgment interest at the highest legal rate.

### II.
### PARTIES AND SERVICE

3.    Plaintiff Rosa Camarillo ("Plaintiff" or "Rosa") is an individual who resides in Hidalgo County, Texas.

4.      Defendant Lowe's Home Centers, Inc. ("Lowe's Inc.") is a foreign for-profit corporation organized under the laws of North Carolina and headquartered in North Carolina.  It may be served with process by serving its registered agent: Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620 Austin, Texas 78701.

5.      Defendant Lowe's Home Centers, LLC ("Lowe's LLC") is a foreign limited liability company organized under the laws of North Carolina and headquartered in North Carolina.  It may be served with process by serving its registered agent: Corporation Service Company d/b/a CSC- Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620 Austin, Texas 78701.

### III.
### JURISDICTION AND VENUE

6.      The Court has subject matter jurisdiction over this lawsuit because the amount in controversy is within the jurisdictional limits of this Court.

7.      Venue is proper in Cameron County, Texas because all or a substantial part of the events and/or omissions giving rise to Plaintiff's claim occurred in Cameron County, Texas. TEX. CIV. PRAC. & REM. CODE § 15.002(a)(1).

### IV.
### BACKGROUND FACTS

8.      On July 2, 2019, Rosa visited the Lowe's in Harlingen, Texas located at 4705 S. Expressway 77/83, Harlingen, Texas 78550 (the "Premises") to purchase some items. As she was leaving the store, Rosa tripped on a section of uneven asphalt in the parking lot and suffered severe personal injuries.

9.      Plaintiff's injuries were caused by one or more negligent acts and/or omissions on the part of the Defendants. The negligent acts were the proximate cause of Plaintiff's serious and debilitating personal injuries. The fall and all damages and injuries resulting from the fall were not

caused nor contributed to by Plaintiff or an innocent third party; but were caused solely by the acts, wrongs, and/or omissions of the Defendants, which said acts, wrongs, and/or omissions were the proximate cause of the injuries and damages Plaintiff's sustained.

## V.
## PREMISES LIABILITY

10.    Defendants owned and/or were in possession and/or control of the Premises at the time Plaintiff tripped and fell. Plaintiff entered the premises as a business patron for their mutual benefit. A condition on the Premises, the uneven asphalt in the parking lot, posed an unreasonable risk of harm. Defendants knew or should have known of the dangerous condition. Defendants had a duty to use ordinary care to ensure that the Premises did not present a danger to Plaintiff. This duty induced the duty to inspect and the duty to warn or to cure. Defendant breached the duty of ordinary care by failing to inspecting and/or failing to warning and/or failing to cure the unreasonably dangerous condition. Defendants' breach of duty proximately caused the injuries to Plaintiff.

## VI.
## DAMAGES

11.    As a result of Defendants' actions, Plaintiff suffered severe personal injury. Plaintiff hereby sue for the following items of damage:

    a.   Physical pain and suffering the past;

    b.   Physical pain and suffering that Plaintiff will experience in the future;

    c.   Mental anguish suffered in the past;

    d.   Mental anguish Plaintiff will experience in the future;

    e.   Medical expenses incurred in the past;

    f.   Medical expenses the Plaintiff will incur in the future;

    g.   Physical impairment suffered in the past; and

    h.  Physical impairment the Plaintiff will suffer in the future.

12.      By reason of the facts alleged in this petition, Plaintiff has been made to suffer and sustain at the hands of the Defendants damages within the jurisdictional requirements of this Court and in such an amount as evidence may show proper at the time of trial.

## VII.
## PREJUDGMENT AND POST JUDGMENT INTEREST

13.      Plaintiff seeks prejudgment and post judgment interest as allowed by law. Plaintiff sues each Defendant jointly and severally.

## VIII.
## COURT COSTS

14.      Plaintiff sues to recover court costs as allowed by law.

## IX.
## DEMAND FOR JURY TRIAL

15.      Plaintiff demands jury trial and has tendered the appropriate fee.

## X.
## REQUEST FOR DISCLOSURE

16.      Under the authority of Texas Rule of Civil Procedure 194, Plaintiff requests that the Defendants disclose within fifty (50) days of the service of this request, the information or material described in Rule 194.2

## XI.
## RULE 193.7 NOTICE

17.      Plaintiff intends to use Defendants' discovery responses as evidence at trial in accordance with such right and privileges established by Texas Rule of Civil Procedure 193.7

## XII.
## PRAYER

18.     For these reasons, Plaintiff prays that Defendants be cited to appear and answer herein, and

that upon final hearing hereof, Plaintiff has judgment against Defendants for actual damages,

prejudgment and post judgment interest, and costs. Plaintiff further prays for such other and further

relief, at law or in equity, general or specific, that Plaintiff may be justly entitled.


Respectfully submitted,


By: */s/ Myles A. Lenz*

Ramez F. Shamieh
Louisiana State Bar No. 35558
Texas State Bar No. 24066683
New York State Bar No. 5280219
Myles A. Lenz
Texas State Bar No. 24092685
myles@shamiehlaw.com

**SHAMIEH LAW, PLLC**
1111 West Mockingbird Lane, Suite 1160
Dallas, Texas 75247
214.389.7333 telephone
214.389.7335 facsimile
**ATTORNEYS FOR PLAINTIFF**

FILED 11/23/2020 7:35 AM
2020-DCL-05234 / 48322095
ELVIRA S. ORTIZ
Cameron County District Clerk
By Claudia Palacios Deputy Clerk

CAUSE NO. 2020-DCL-05234

| | | |
|---|---|---|
| ROSA CAMARILLO, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 444TH JUDICIAL DISTRICT |
| | § | |
| LOWE'S HOME CENTERS, INC. and | § | |
| LOWE'S HOME CENTERS, LLLC | § | |
| *Defendant.* | § | CAMERON COUNTY, TEXAS |

## DEFENDANT LOWE'S HOME CENTERS, LLC'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

Defendant, Lowe's Home Centers, LLC (hereinafter referred to as "Defendant"), hereby files its Original Answer as follows:

### GENERAL DENIAL

1.      Defendant denies each and every, all and singular, the material allegations contained within Plaintiff's pleadings and demands strict proof thereof.

### JURY DEMAND

2.      In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendant demands a trial by jury.

### PRAYER FOR RELIEF

Defendant, Lowe's Home Centers, LLC, prays that Plaintiff take nothing by this lawsuit, that Defendant go hence with its costs without delay, and for such other and

further relief, both general and special, at law and in equity, to which Defendant may

show itself justly entitled.

Respectfully submitted,

**MAYER LLP**

4400 Post Oak Parkway, Suite 2850
Houston, Texas 77027
713.487.2003/Fax 713.487.2019

By:   *Kevin P. Riley*
      Kevin P. Riley
      State Bar No. 16929100
      E-Mail: kriley@mayerllp.com
      Rima C. Patel
      State Bar No. 24090317
      E-Mail: rpatel@mayerllp.com

**ATTORNEYS FOR DEFENDANT**
**LOWE'S HOME CENTERS, LLC**

## CERTIFICATE OF SERVICE

      This is to certify that on the 23rd day of November 2020, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

Cody A. Dishon
Javier Cabanillas
THE FERGUSON LAW FIRM LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77704
cdishon@thefergusonlawfirm.com
jcabanillas@thefergusonlawfirm.com

☒E-MAIL/E-SERVICE
☐HAND DELIVERY
☐FACSIMILE
☐OVERNIGHT MAIL
☐REGULAR, FIRST CLASS MAIL
☐CERTIFIED MAIL/RETURN RECEIPT REQUESTED

**ATTORNEYS FOR PLAINTIFF**

*Rima C. Patel*
Rima C. Patel

# EXHIBIT 3

Details

## Case Information

2020-DCL-05234 | Rosa Camarillo vs. Lowe's Home Centers, Inc.,Lowe's Home Centers, LLC

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| 2020-DCL-05234 | 444th District Court | Sanchez, David |
| File Date | Case Type | Case Status |
| 10/27/2020 | Other Injury or Damage | Pending |

## Party

**Plaintiff**
Camarillo, Rosa

Active Attorneys ▾
Lead Attorney
Lenz, Myles Anthony
Retained

---

**Defendant**
Lowe's Home Centers, Inc.

Address
May Be Served By Serving Its Registered Agent: Corporation
Service Company d/b/a CSC -Lawyers Incorporating Service Company
211 E. 7th Street Suite 620
Austin TX 78701

---

**Defendant**
Lowe's Home Centers, LLC

Address
May Be Served By Serving Its Registered Agent: Corporation
Service Company d/b/a CSC-Lawyers Incorporating Service Company
211 E. 7th Street Suite 620
Austin TX 78701

Active Attorneys ▾
Lead Attorney
RILEY, KEVIN P.
Retained

## Events and Hearings

### 10/27/2020 Original Petition (OCA) ▾

Comment
Plaintiff's Original Petition And Request For Disclsoure

### 10/27/2020 Efiled Original Petition Document ▾

Comment
Plaintiff's Original Petition And Request For Disclsoure

### 10/27/2020 Jury Fee Paid (OCA)

### 10/29/2020 Citation Issued

### 10/29/2020 Citation Issued ▾

Comment
Emailed Citations To myles@shamiehlaw.com S.H.

### 10/29/2020 Citation ▾

Served
11/02/2020

Anticipated Server
Civil Process Server

Anticipated Method
In Person

Actual Server
Civil Process Server

Returned
11/05/2020

### 10/29/2020 Citation ▾

Served
11/02/2020

Anticipated Server
Civil Process Server

Anticipated Method
In Person

Actual Server
**Civil Process Server**

Returned
**11/05/2020**

---

11/05/2020 Service Return ▾

Affidavit of Service-Lowes Home Centers LLC20201104_11122675.pdf

Comment
Lowe's Home Centers, LLC

---

11/05/2020 Service Return ▾

Affidavit of Service-Lowes Home Centers Inc20201104_11131730.pdf

Comment
Lowe's Home Centers, Inc.

---

11/23/2020 Original Answer ▾

Comment
Defendant Lowe's Home Centers, LLC's Original Answer to Plaintiff's Original Answer

---

11/23/2020 Jury Fee Paid (OCA)

---

## Financial

Camarillo, Rosa

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $363.00 |
| Total Payments and Credits | | | $363.00 |
| 10/27/2020 | Transaction Assessment | | $363.00 |
| 10/27/2020 | E-File Electronic Payment | Receipt # 2020-20353 | Camarillo, Rosa | ($363.00) |

Lowe's Home Centers, LLC

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $40.00 |
| Total Payments and Credits | | | $40.00 |
| 11/23/2020 | Transaction Assessment | | $40.00 |
| 11/23/2020 | E-File Electronic | Receipt # 2020- | Lowe's Home Centers, | ($40.00) |

| Payment | 21951 | LLC |
|---------|-------|-----|

## Documents

Affidavit of Service-Lowes Home Centers LLC20201104_11122675.pdf

Affidavit of Service-Lowes Home Centers Inc20201104_11131730.pdf

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSA CAMARILLO, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:20-cv-200 |
| | § | JURY TRIAL DEMANDED |
| LOWE'S HOME CENTERS, INC. and | § | |
| LOWE'S HOME CENTERS, LLC | § | |
| *Defendants.* | § | |

## COUNSEL OF RECORD AND INFORMATION PURSUANT TO
## LOCAL RULE CV-81(C)

(1)    A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

> ***Plaintiff***    Rosa Camarillo
>
> ***Defendant***    Lowe's Home Centers, Inc. (an improper party)
>
> ***Defendant***    Lowe's Home Centers, LLC
>
> The removed case is currently pending.

(2)    A civil cover sheet and a certified copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a).

> See attached civil cover sheet and documents attached to Defendant's Notice of Removal as ***Exhibit "A***."

(3)    A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her;

| **SHAMIEH LAW, PLLC** | **MAYER LLP** |
|---|---|
| Ramez F. Shamieh<br>State Bar No. 24066683<br>Myles A. Lenz<br>State Bar No. 24092685<br>Email: myles@shamiehlaw.com<br>1111 West Mockingbird Lane, Suite 1160<br>Dallas, Texas 75247<br>214.389.7333 / 214.389.7335 – fax<br><br>*Counsel for Plaintiff* | Kevin P. Riley<br>State Bar No. 16929100<br>Southern Bar No. 13776<br>Email: kriley@mayerllp.com<br>Rima C. Patel<br>State Bar No. 24090317<br>Southern Bar No. 3589240<br>Email: rpatel@mayerllp.com<br>4400 Post Oak Parkway, Suite 2850<br>Houston, Texas 77027<br>713.487.2000/713.487.2019 – fax<br><br>*Counsel for Defendant*<br>**LOWE'S HOME CENTERS, LLC** |

(4)     A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number);

> Plaintiff, Rosa Camarillo has requested a trial by jury;

> Defendant, Lowe's Home Centers, LLC has requested a trial by jury.

(5)     The name and address of the court from which the case is being removed.

> 444th Cameron County District Court
> Judge David Sanchez
> Cameron County Courthouse and Cameron County Veterans
> Treatment Court
> 974 E. Harrison Street
> Judicial Building, First Floor
> Brownsville, Texas 78520